IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

VOLVO GROUP NORTH AMERICA, LLC                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:19CV119-NBB-RP

INTERNATIONAL UNION UNITED
AUTOMOBILE AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, UAW ("UAW") AND
UAW LOCAL NO. 2406                                                           DEFENDANTS

# **ORDER**

In accordance with the memorandum opinion issued this day, it is ORDERED AND ADJUDGED that the defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction is **GRANTED**, and this case is hereby dismissed and closed.

This, the 26th day of March, 2020.

                                                 /s/ Neal Biggers
                                                 NEAL B. BIGGERS, JR.
                                                 UNITED STATES DISTRICT JUDGE